THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Carlton E.
 Cantrell, Appellant,
 v.
 Aiken County,
 Aiken County Animal Control Director, Shirley Hardin, Aiken County Animal
 Control Officer Bobby Arthurs, and Judge Charles T. Carter, Defendants,
 Of whom Judge
 Charles T. Carter is the Respondent.
 
 
 

Appeal From Aiken County
 Doyet A. Early, III, Circuit Court Judge
Unpublished Opinion No. 2010-UP-533
Submitted December 1, 2010  Filed
 December 14, 2010
AFFIRMED

 
 
 
 Carlton Cantrell, pro se, for Appellant.
 James M. Holly, of Aiken, for Respondent.
 
 
 

PER CURIAM: Carlton
 E. Cantrell appeals the trial court's order granting summary judgment in favor
 of Magistrate Judge Charles T. Carter.  The trial court found Carter's
 complaint contained no allegation whatsoever concerning Carter, and even if it
 did, Carter was acting in his official capacity and therefore immune from
 liability.  We affirm[1] pursuant
 to Rule 220(b)(1), SCACR, and the following authority: State v. Howard,
 384 S.C. 212, 217, 682 S.E.2d 42, 45 (Ct. App. 2009) ("An issue is deemed
 abandoned and will not be considered on appeal if the argument is raised in a
 brief but not supported by authority.").
AFFIRMED.
HUFF, KONDUROS, and LOCKEMY, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.